**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONALD MUELLER,

        Petitioner,        Case Number: 05-74743

v.        HON. DENISE PAGE HOOD

TOM BELL,

        Respondent.
_____/

**JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated December 30, 2006, this cause of action is DISMISSED WITH PREJUDICE.

    Dated at Detroit, Michigan this 30th day of December, 2006.

        DAVID J. WEAVER
        CLERK OF THE COURT

        .BY:    s/ Wm. F. LEWIS
                Deputy Clerk

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2006, by electronic and/or ordinary mail.

        s/William F. Lewis
        Case Manager